IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**KEDRIC F. STEELE**                                                                           **PLAINTIFF**

**V.**                                                    **CAUSE NO. 4:24-CV-00108-JMV**

**DEIDRE HUGGINS, et al.**                                                **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order issued today, the instant action is **DISMISSED WITH PREJUDICE** for Plaintiff's failure to state a claim upon which relief may be granted. This dismissal counts as a "strike" under 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915(g).

**SO ORDERED**, this the 18th day of December, 2024.

/s/ Jane M. Virden
**JANE M. VIRDEN**
**UNITED STATES MAGISTRATE JUDGE**